Form Number LR 3015-1 A (07/10)


**AMENDED**
**Chapter 13 Plan**

Case No.: 15-04213

Debtor(s): Johnnie Marchman       SS#: xxx-xx-4505       Net Monthly Earnings: $ 123.00

_____       SS#: _____       Number of Dependents: 0.00

I. Plan Payments:

  ( ■ ) Debtor(s) proposes to pay a periodic payment of $ 123.00 _____  ○weekly ○biweekly ○semi-monthly ●monthly into the plan; or

  ( □ ) Payroll deduction order: To _____ for $ _____ ●weekly ○biweekly ○semi-monthly ○monthly.

  Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 7380.00

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

  A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

  The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

  B. Total Attorney Fee: $ 0.00 _____ ; $ _____ paid pre-petition; $ _____ to be paid at confirmation and $ 0.00 _____ per month.

  C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

  1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Chase | 69556.61 | ☐ by Trustee ☑ by Debtor | $409.41 11/01/2015 | 4182.32 | 6 | 4.50 | 85.00 |
| Regions Equity Line | 38613.92 | ☐ by Trustee ☑ by Debtor | $105.00 11/01/2015 | 898.00 | 8 | 3.25 | 18.00 |

  2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |
| | | | | |

IV. Special Provisions (check all applicable boxes):

  ☐ This is an original plan.
  ☑ This is an amended plan replacing plan dated 10/18/2015, doc 2
  ☑ This plan proposes to pay unsecured creditors 8 %.
  ☑ Other provisions: see attached special provisions

Name/Address/Telephone/Attorney for Debtor(s):

The Redd Law Firm, PC
5343 Old Springville Road
Pinson, Al 35126,

Dated: December 10, 2015

/s/ Johnnie E. Marchman
Signature of Debtor

Signature of Debtor

Telephone #: 205-854-8874

Case 15-04213-TOM13    Doc 42    Filed 12/10/15    Entered 12/10/15 21:43:24    Desc Main
Document     Page 1 of 2

## OTHER SPECIAL PROVISIONS

Debtor will continue to pay pre & post petition electric service debts in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under Section 366 of the U S Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar a utility's efforts to collect pre & post petition utility service debts.

Debtor(s) shall remit all post-petition tax refunds to the Chapter 13 Trustee during this case. In the alternative, on or before May 15 of each calendar year, Debtor(s) may file a motion to modify the confirmed plan to increase the pro rata share available to holders of non-priority unsecured claims over the remaining plan term by the amount of the tax refund retained by Debtor. At the time that Debtor files any such motion to modify, Debtor's plan payments must be substantially current and Debtor(s) shall file with the court and serve upon the Chapter 13 Trustee a copy of the federal income tax return for the applicable year.